# United States District Court

<u>CENTRAL</u>     DISTRICT OF     <u>CALIFORNIA</u>

In the Matter of the Seizure of
(Address or Brief description of property or premises to be seized)

ONE 1963 REPLICA FORD MUSTANG COBRA, VIN AZ359431

**SEIZURE WARRANT**

CASE NUMBER: 2:19-mj-03873

TO: Department of Defense, Office of Inspector General, Defense Criminal Investigative Service, the United States Marshals Service, and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Sarine A. Tooma</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

ONE 1963 REPLICA FORD MUSTANG COBRA, VIN AZ359431

which is (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. § 981(b), and 18 U.S.C. § 981(a)(1)(C), as well as 18 U.S.C. § 982(b) and 21 U.S.C § 853(f)

concerning violations of: a. 18 U.S.C. § 1341 (mail fraud); b. 18 U.S.C. § 1343 (wire fraud); c. 18 U.S.C. § 1347 (health care fraud); d. 18 U.S.C. § 1349 (conspiracy to commit fraud); e. 18 U.S.C. § 1956 (conspiracy to commit money laundering); f. 18 U.S.C. § 1028(A) (aggravated identity fraud); g. 18 U.S.C. § 371 (conspiracy to pay illegal remunerations for health care related purchases); h. 42 U.S.C. § 1320a-7b(b) (illegal remunerations for health care related purchases).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

9/16/19
Date

Los Angeles, California
City and State

Honorable Patrick Walsh, U.S. Magistrate Judge
Title of Judicial Officer

Signature of Judicial Officer

*AUSA Jonathan Galatzan*

Case 2:19-mj-03873-DUTY *SEALED*   Document 1-2 *SEALED*   Filed 09/16/19   Page 2 of 2
Page ID #:18

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>9/16/19 | DATE AND TIME WARRANT EXECUTED<br>9/16/19  2:57PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>at residence for Navid Vahedi |
| INVENTORY MADE IN THE PRESENCE OF<br>Sarine Tooma, Special Agent, DCIS | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br>One 1963 Replica Ford Mustang Cobra<br>VIN # AZ359431<br>Odometer: 1516 | | |

CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 9/16/19

Larry Williams
*Executing Officer's Signature*

LARRY WILLIAMS  DEPUTY U.S. MARSHAL
*Printed Name and Title*

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE SEIZED PROPERTY CUSTODY DOCUMENT

| OFFICE | CASE CONTROL NUMBER | CATS ID NUMBER | DATE AND TIME OF SEIZURE |
|---|---|---|---|
| DCIS | 2015002221 | 19-DCI-000110 | 9/16/19 |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| Navid Vahedi | 510 N. Bonhill Road, Los Angeles CA 90049 |

| CASE TITLE |
|---|
| Fusion RX |

| ITEM | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| 1 | 1 | Trans Custody | 1965 Replica Ford Mustang Cobra. VIN #AZ359431  Odometer: 1516 |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING S/A |
|---|---|
| X Maro Nelson | |

## CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 9/16/19 | NAME: Angeline Ortanez, SFI<br>ORGANIZATION: DCIS<br>SIGNATURE: [signed] | NAME:<br>ORGANIZATION:<br>SIGNATURE: | Trans Custody |
| 1 | 9/16/19 | NAME: Larry Kevin Williams<br>ORGANIZATION: USMS Deputy<br>SIGNATURE: X Larry W— | NAME:<br>ORGANIZATION:<br>SIGNATURE: | Trans Custody |
| 1 | 9/14/19 | NAME: MARIO MAURS<br>ORGANIZATION: STEVE TOW.<br>SIGNATURE: [signed] | NAME:<br>ORGANIZATION:<br>SIGNATURE: | TRANSPORT |
| | | NAME:<br>ORGANIZATION:<br>SIGNATURE: | NAME:<br>ORGANIZATION:<br>SIGNATURE: | |

DCIS Form 16, FEB 2011      CHAIN OF CUSTODY CONTINUED ON REVERSE      Adobe LiveCycle Designer ES